```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 05743
   RICHARD A BIRDSONG
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-5207
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 05/18/06 and confirmed on 07/14/06.

   2. The case was dismissed after confirmation, 01/18/2008.

   3. The Debtor paid a total of $ 45856.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 35640.67 | .00 | 35640.67 |
| DAIMLER CHRYSLER FINANCI | SECURED | 3954.79 | 372.57 | 2213.01 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | CHILD SUPPORT | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1616.09 | .00 | 255.48 |
| CAPITAL ONE | UNSECURED - C | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 550.69 | .00 | 87.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 978.35 | .00 | 154.67 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP SAVINGS III | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 749.24 | .00 | 118.45 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FLEET SERVICES CORP | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 178.49 | .00 | 28.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1474.91 | .00 | 233.17 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 3834.39 | .00 | 625.93 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 4734.52 | .00 | 772.88 |

```
SBC AMERITECH              UNSECURED      NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       1486.41             .00       234.99
ROUNDUP FUNDING LLC        UNSECURED       5334.32             .00       870.78
US BANK                    UNSECURED      NOT FILED            .00          .00
ROUNDUP FUNDING LLC        UNSECURED       5962.50             .00       973.32
ROUNDUP FUNDING LLC        UNSECURED       3654.33             .00       596.54
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 39595.46 | .00 | 30554.24 | .00 | 70149.70 |
| PRINCIPAL PAID | 37853.68 | .00 | 4951.49 | .00 | 42805.17 |
| INTEREST PAID | 372.57 | .00 | .00 | .00 | 372.57 |
| TOTAL PAID | 38226.25 | .00 | 4951.49 | .00 | 43177.74 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00
and was paid $    2000.00   direct and $    1000.00   through the plan.

The Trustee received $    1678.26 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 05743 RICHARD A BIRDSONG